June 12, 2009

Ms. Kelly Putney Rogers
Nunley Jolley Cluck Aelvoet, LLP
1580 South Main Street, Suite 200
Boerne, TX 78006-3308

Mr. Robert Bezucha
Roberts Cunningham & Stripling, L.L.P.
8117 Preston Road, Suite 800
Dallas, TX 75225
Honorable Mark B. Greenberg
County Court at Law # 5
509 Main Street, Suite 411
Dallas, TX 75202-3513

RE: Case Number: 08-0531
 Court of Appeals Number: 05-08-00809-CV
 Trial Court Number: 07-01597-E

Style: IN RE INTERNATIONAL PROFIT ASSOCIATES, INC., INTERGRATED
 BUSINESS ANALYSIS, INC., ACCOUNTANCY ASSOCIATES, LLC., INTERNATIONAL
 TAX ADVISORS, INC., AND HUEY MITCHELL, JR.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. Pursuant to Texas Rule of Appellate Procedure
52.8(c), without hearing oral argument, the Court conditionally grants the
petition for writ of mandamus. The stay order issued March 11, 2009 is
lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. John |
| |Warren |
| |Ms. Lisa Matz |